

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00751-CR

Roland S. **PERKINS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR5082
The Honorable Angus K. McGinty, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED AS MODIFIED. The trial court's judgment is modified to reflect a sentence of ten years' confinement.

SIGNED November 26, 2014.

Marialyn Barnard, Justice